David Campbell and Others, Respondents, v. New York Central Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

Mary Irene Kane, an Infant, etc., Appellant, v. James S. Bryan and Jennie Joslin, Respondents.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

Charles L. Carr, Respondent, v. Cattaraugus Union Telephone Company, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $2,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

Vera Winter, Respondent, v. Carl Winter, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Ida E. Pridfll, Respondent, v. Village of West Carthage, Appellant.— Judgment affirmed, with costs. To enable the defendant without prejudice if so advised to take proceedings to extinguish plaintiff's water right, the operation of the injunctive provision of the judgment is suspended six months from the time of entry and notice of the judgment upon the decision herein. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Union Trust Company, Respondent, v. James D. Harris, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

The People of the State of New York, Respondent, v. Joseph Bartkowiak, Appellant.— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

The People of the State of New York, Respondent, v. Edward Tucholka, Appellant.— Time for argument enlarged to May fifteenth upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Florence L. Moorman, Respondent, v. George B. Ricaby Company, Incorporated, Appellant.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

John R. Queen, Appellant, v. John W. Lewis and Another, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

The People of the State of New York, Respondent, v. Robert Bierbaum, Appellant.—Appeal dismissed pursuant to section 535 of the Code of Criminal Procedure. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of Proving the Last Will and Testament of Albert Sielinski, Deceased.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.